| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Mary Jane Nichols |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Illinois (State) |
| Case number | 11-48166 |

# Form 4100R

## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:  Mortgage Information

Name of creditor: Lake Forest Bank and Trust

Court claim no. (if known): N/A

Last 4 digits of any number you use to identify the debtor's account: 3 2 7 5

Property address: 60 Darlington Dr
Number   Street

Hawthorn Woods   IL   60047
City           State     ZIP Code

### Part 2:  Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3:  Postpetition Mortgage Payment

Check one:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ____/____/_____   Paid in Full
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. Total. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ____/____/_____
MM / DD / YYYY

Debtor 1  **Mary   Jane   Nichols**
First Name    Middle Name    Last Name

Case number *(if known)*  **11-48166**

---

| Part 4: | Itemized Payment History |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

| Part 5: | Sign Here |

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ _(signature)_
Signature

Date **2,9,17**

Print  **Sara   Ann   Sigurdsson**
First Name    Middle Name    Last Name

Title **Vice President, Loan Operations**

Company  **Lake Forest Bank and Trust**

If different from the notice address listed on the proof of claim to which this response applies:

Address  **727 North Bank Lane**
Number       Street

**Lake Forest**          **IL**     **60045**
City              State     ZIP Code

Contact phone **(847) 810 - 5006**

Email **ssigurdsson@lakeforestbank.com**

---

## CERTIFICATE OF SERVICE

I, Sara Sigurdsson, certify that on February 9, 2017, I caused copies of the **Response to Notice of Final Cure Payment** to be served upon the individuals listed below by U.S. Mail.

Mary Jane Nichols
60 Darlington Drive
Hawthorn Woods, IL 60047

Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

Diane Brazen Gordon
Law Office of Diane Brazen Gordon, LLC
250 Parkway Drive Suite 150
Lincolnshire, IL 60069

Sara Sigurdsson